IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL ACTION NO. |
| v. | ) 1:22-cr-00358-SEG-RDC-1 |
| | ) |
| KAMIR BROWN BLANCHARD | ) |
| | ) |

MOTION TO SUPPRESS STATEMENTS

COMES NOW Kamir Brown Blanchard, by and through undersigned counsel, and moves this Court to hold a pre-trial hearing to determine the voluntariness of any and all statements allegedly made by defendant and to suppress those which are not found to be voluntary. In order to use any statements attributed to defendant, the Government must first prove that the statements were made voluntarily and not in violation of *Miranda v. Arizona*, 384 U.S. 436-468, 69 (1966) and *Jackson v. Denno*, 378 U.S. 368, 376-377 (1964).

WHEREFORE, Defendant respectfully requests that his motion be granted.

Respectfully submitted this 19th day of October, 2022.

Respectfully submitted,

/s/ Suzanne Hashimi
Suzanne Hashimi
Georgia Bar No. 335616
Attorney for Mr. Blanchard